IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.35.167.198

**ISP:** Verizon Internet Services
**Physical Location:** Highland Park, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/20/2016 23:23:32 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 09/20/2016 23:21:27 | 32E9D481931BFD849A8C139D8428C05B80402440 | Inside Caprice |
| 09/20/2016 23:15:19 | 311FC1754315324ABD3FF2E50D5683275A04031F | In Love With Little Caprice |
| 09/20/2016 23:12:28 | A0231B1026AC595286D63414B6502B374018B86E | Sexy In The City |
| 09/20/2016 23:04:53 | 23D528E11EB7D7B6A044F43FDC3B339C76CE6D39 | Paint Me White |
| 09/20/2016 21:43:02 | 5B83CEBBD62C1A363577BE1789A8D322E4DAF4A4 | Dressed to Thrill |
| 09/20/2016 20:16:25 | 8FF09BA10894D5C5FB97B0A98B1B2D716B4A6EA0 | Four Ways |
| 09/17/2016 17:19:41 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 09/16/2016 17:42:45 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 09/15/2016 07:35:09 | 57FE10B6B3ECDECFDFE1A9E13F5C7187EDEF0299 | Two Cocks In Karla |
| 09/15/2016 06:55:55 | 59B39828EC56E960501BC4C135A1182FB8C8CCBA | Black Widow |
| 09/15/2016 06:45:30 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 09/15/2016 04:44:08 | D23F5BB23B142E729AE80408D2613638C44E1E60 | Shes A Spinner |
| 09/14/2016 04:38:46 | CF9224105265DAA2FE09AC648F316D9B9B84B93C | Sex In The Summertime |
| 06/23/2016 21:33:42 | 88ED81EB1DD1F6F00E9600188CD7F653BA3F16B9 | Exposed And Aroused |
| 06/23/2016 18:51:50 | EAE5FF4F042916E376FAEC1DF9FCE609B666D5D2 | Good Night Kiss |
| 06/20/2016 02:53:52 | C43D239AE509E7D25D58DE9170398790D0E516D6 | Four Way In 4K |
| 06/20/2016 01:37:34 | 52E59CA006DFC91CFBC3C7F1DD30E30E34903998 | Kristin and Nine Unleashed |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

CNJ605